# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HOLDEN, and RASHEEDA HOLDEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | CASE NO. 1:11-cv-00716-SMS<br><br>ORDER GRANTING PLAINTIFF BENJAMIN HOLDER'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed April 28, 2011, Plaintiff Benjamin Holden seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:  May 6, 2011                        /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

1