UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HOLDEN and RASHEEDA HOLDEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | 1:11-cv-00716-SMS<br><br>**ORDER DIRECTING CLERK TO FORWARD SERVICE DOCUMENTS TO UNITED STATES MARSHAL FOR SERVICE**<br>(Doc. 9) |

Plaintiffs are proceeding pro se and in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(15).

On May 6, 2011, plaintiff's application to proceed in forma pauperis was granted (Doc. 5). On July 5, 2011, the Court ordered that new case documents be issued and sent to plaintiffs for completion and return to the court (Doc. 7). On July 28, 2011, plaintiffs returned the completed notice of submission of documents form and appropriate copies to the court.

1

Therefore, the Clerk is DIRECTED to forward the notice of submission of documents form (Doc. 9), together with the appropriate copies, to the United States Marshal in Sacramento, CA, to effect service upon defendant.

IT IS SO ORDERED.

**Dated: August 31, 2011**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE