BENJAMIN B. WAGNER
United States Attorney
DONNA C. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| BENJAMIN HOLDEN, | ) | Case No. 1:11-CV-00716-SMS |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | EX PARTE APPLICATION AND ORDER |
| | ) | FOR EXTENSION OF TIME FOR |
| MICHAEL J. ASTRUE, | ) | DEFENDANT TO FILE ADMINISTRATIVE |
| Commissioner of Social Security, | ) | TRANSCRIPT AND NOTICE OF LODGING |
| | ) | |
|     Defendant. | ) | |

    IT IS HEREBY REQUESTED by the Defendant, subject to the approval of the Court, that the Commissioner shall have a seven-day extension of time in which to file the administrative transcript and notice of lodging. The extension is requested because the paralegal with the United States Attorney's Office who is responsible for filing the transcript and notice has a medical situation and is unavailable, as is her back-up.

/ / /

/ / /

/ / /

1

The administrative transcript was due January 25, 2012; it will now be due February 1, 2012.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: January 25, 2012     By *s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U. S. Attorney

*******

**ORDER**

IT IS SO ORDERED.

Dated:   January 25, 2012              /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE