BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| BENJAMIN HOLDEN, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIAL SECURITY, <br> Defendant. | Case No. 1:11-CV-00716-SMS <br><br> DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF; **ORDER** <br> (Doc. 21) |

COMES NOW Defendant Michael J. Astrue, Commissioner of Social Security, by and through his counsel, Benjamin Wagner, United States Attorney, Donna C. Calvert, Acting Regional Chief Counsel, Social Security, Region IX, and Elizabeth Barry, Special Assistant U.S. Attorney, and hereby moves the Court to extend the time for the Defendant to respond to Plaintiff's Opening Brief from May 21, 2012 to **June 20, 2012**.

The Special Assistant United States Attorney for the Commissioner is unable to complete the review and investigation necessary to prepare a response by the current due date because of other pending matters due in federal court.

/ / /

Paragraph 12 of the Scheduling Order allows one 30-day extension without Court approval pursuant to stipulation (Doc. No. 8). Because Plaintiff is pro se, Defendant submits this motion for a 30-day extension.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 21, 2012   By   */s/Elizabeth Barry*
ELIZABETH BARRY
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:     May 22, 2012**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE