UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HOLDEN and<br>RASHEEDA HOLDEN,<br><br>           Plaintiffs,<br><br>     v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant.<br>_____/ | CASE NO. 1:11-cv-00716-SMS<br><br>ORDER DISMISSING AS PLAINTIFF<br>RASHEEDA HOLDEN |

On April 28, 2011, Plaintiff and claimant Benjamin Holden, proceeding *pro se* and *in forma pauperis*, brought this action in his own name and in the name of his daughter, Rasheeda Holden. Despite Ms. Holden's being named as a plaintiff in the caption, the complaint includes no substantive allegations relating to her beyond identifying her as Benjamin Holden's daughter. All documentation filed in this action has been prepared and signed only by Mr. Holden. As a layman, Mr. Holden may represent himself, but he may not represent the interests of another. *Harris v. Spellman*, 150 F.R.D. 130, 132 n. 2 (N.D. Ill. 1993). Nor does Ms. Holden, a non-party to the proceedings below, have standing to pursue the appeal of the Commissioner's denial of her father's application for supplementary security income under the facts alleged in this action. 42 U.S.C. § 405(g).

Accordingly, on its own motion, the Court hereby DISMISSES Rasheeda Holden as a plaintiff in this action.

IT IS SO ORDERED.

Dated:    November 12, 2012              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1